# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1829
_____

United States of America

*Plaintiff - Appellee*

v.

Selvin Garcia-Garcia, also known as Jose Villarreal

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: November 13, 2013
Filed: November 18, 2013
[Unpublished]
_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Selvin Garcia-Garcia pleaded guilty to charges of conspiracy to possess with intent to distribute more than 500 grams of a methamphetamine mixture and possession with intent to distribute more than 50 grams of actual methamphetamine

on premises where a child was present or resided. The District Court[1] imposed a sentence of 135 months in prison and 5 years of supervised release. On appeal, Garcia-Garcia's counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that Garcia-Garcia's guilty plea was involuntary because Garcia-Garcia mistakenly believed that he was eligible for safety-valve relief. Counsel suggests that the interpreter who helped counsel and Garcia-Garcia discuss the plea agreement may not have properly communicated its contents to Garcia-Garcia, who speaks only Spanish. Garcia-Garcia has not filed a pro se supplemental brief.

Garcia-Garcia did not challenge the voluntariness of his plea in the District Court. His claim is therefore not cognizable in this direct appeal. See United States v. Murphy, 899 F.2d 714, 716 (8th Cir. 1990) (noting that a claim that defendant's guilty plea was involuntary is not cognizable on direct appeal unless first presented to the district court).

We have reviewed the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), and we have found no nonfrivolous issues. Accordingly, we affirm.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.